UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLA KWAPICH, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-CV-00446 |
| vs. | ) ) | Honorable Jack Zouhary |
| MAXIM HEALTHCARE SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR ADMISSION OF VALERIE E. MANOS *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Defendant Maxim Healthcare Services, Inc. ("Defendant") in the above-referenced action, hereby moves the court to admit Valerie E. Manos, *pro hac vice* to appear and participate as counsel in this case for Defendant.

As set forth in the affidavit attached as Exhibit A and the Certificate of Good Standing attached as Exhibit B, Ms. Manos is a member in good standing of the highest Court of Illinois. The required $120.00 fee is being submitted contemporaneously with the filing of this Motion.

Ms. Manos understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Manos' relevant identifying information is as follows:

Business telephone: (312) 324-1000    Business fax: (312) 324-1001

Business address: Morgan, Lewis, & Bockius LLP, 77 West Wacker Drive, Fifth Floor,

DB1/ 73644292.1

Chicago, IL 60601

Business e-mail address: vmanos@morganlewis.com

For the foregoing reasons, Defendant respectfully requests that Valerie E. Manos be admitted *pro hac vice* in the above-captioned matter. A proposed order is being filed contemporaneously herewith for the Court's convenience.

                                          Respectfully submitted,

                                          */s/ Liana R. Hollingsworth*
                                          David A. Campbell (0066494)
                                          Liana R. Hollingsworth (0085185)
                                          Vorys, Sater, Seymour and Pease LLP
                                          2100 One Cleveland Center
                                          1375 East Ninth Street
                                          Cleveland, Ohio 44114-1724
                                          Telephone: 216-479-6100
                                          Facsimile: 216-479-6060
                                          E-mail: dacampbell@vorys.com
                                                              lrhollingsworth@vorys.com

                                          *Attorneys for Maxim Healthcare Services, Inc.*

## CERTIFICATE OF SERVICE

  I, Liana R. Hollingsworth, hereby certify that a true and correct copy of the above and foregoing was served this 26th day of March, 2013, via electronic filing, upon the following via the Court's Electronic Filing System:

> Amy L. Zawacki
> Kera L. Paoff
> WIDMAN & FRANKLIN, LLC
> 405 Madison Avenue, Suite 1550
> Toledo, Ohio 43604
> amy@wflawfirm.com
> kera@wflawfirm.com

> */s/ Liana R. Hollingsworth*
> One of the Attorneys for Defendant
> Maxim Healthcare Services, Inc.

DB1/ 73644292.1