UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLA KWAPICH, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-CV-00446 |
| vs. | ) ) | Honorable Jack Zouhary |
| MAXIM HEALTHCARE SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ADMISSION
OF THOMAS F. HURKA *PRO HAC VICE***

Pursuant to N.D. Ohio Civ. R. 83.5(h), Defendant Maxim Healthcare Services, Inc. ("Defendant") in the above-referenced action, hereby moves the court to admit Thomas F. Hurka, *pro hac vice* to appear and participate as counsel in this case for Defendant.

As set forth in the affidavit attached as Exhibit A and the Certificate of Good Standing attached as Exhibit B, Mr. Hurka is a member in good standing of the highest Court of Illinois. The required $120.00 fee is being submitted contemporaneously with the filing of this Motion.

Mr. Hurka understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Hurka's relevant identifying information is as follows:

Business telephone: (312) 324-1735    Business fax: (312) 324-1001

Business address: Morgan, Lewis, & Bockius LLP, 77 West Wacker Drive, Fifth Floor,

DB1/ 73644020.1

Chicago, IL 60601

Business e-mail address: thurka@morganlewis.com

For the foregoing reasons, Defendant respectfully requests that Thomas F. Hurka be admitted *pro hac vice* in the above-captioned matter. A proposed order is being filed contemporaneously herewith for the Court's convenience.

        Respectfully submitted,

        */s/ Liana R. Hollingsworth*
        David A. Campbell (0066494)
        Liana R. Hollingsworth (0085185)
        Vorys, Sater, Seymour and Pease LLP
        2100 One Cleveland Center
        1375 East Ninth Street
        Cleveland, Ohio 44114-1724
        Telephone: 216-479-6100
        Facsimile: 216-479-6060
        E-mail: dacampbell@vorys.com
               lrhollingsworth@vorys.com

        *Attorneys for Maxim Healthcare Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, Liana R. Hollingsworth, hereby certify that on April 4, 2013, I served the foregoing Defendant's Motion for Admission of Thomas F. Hurka *Pro Hac Vice* via ECF upon:

Amy L. Zawacki
Kera L. Paoff
Widman & Franklin
405 Madison Avenue
Suite 1550
Toledo, OH 43604
(419) 243-9005 (phone)
(419) 243-9404 (fax)
amy@wflawfirm.com
kera@wflawfirm.com

/s/ Liana R. Hollingsworth
Liana R. Hollingsworth

DB1/ 73628085.2