UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLA KWAPICH, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-CV-00446 |
| vs. | ) ) ) | Honorable Jack Zouhary |
| MAXIM HEALTHCARE SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF THOMAS F. HURKA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

THOMAS F. HURKA, first being duly sworn, deposes and states as follows:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP at 77 West Wacker Drive, Chicago, Illinois 60601, and have personal knowledge of the facts set forth herein. My telephone number is (312) 324-1000, facsimile number is (312) 324-1001, and e-mail address is thurka@morganlewis.com.

2. I am a member in good standing of the Bars of the States of Illinois (admitted 2002; registration number 6276558) and Indiana (admitted 1999; registration number 21340-49).

3. I am currently practicing *pro hac vice* before the United States District Court for the Northern District of Ohio in the following matter: *Jasmine Lawrence v. Maxim Healthcare Services, Inc.*, Case No. 1:12-cv-02600-CAB. I have also submitted a Motion for Admission *Pro Hac Vice* in the following matter: *Darla Kwapich v. Maxim Healthcare Services, Inc.*, Case No. 3:13-cv-00681-DAK.

DB1/ 73644091.1

4. I have not engaged in the unauthorized practice of law.

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

6. I have never received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

7. I intend to engage in the practice of law before this Court for the purposes of this action only.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas F. Hurka (IL Bar No. 6276558)
           (IN Bar No. 21340-49)
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
E-mail: thurka@morganlewis.com

SWORN TO AND SUBSCRIBED before me this 4th day of April, 2013

_____
Notary Public

My county of residence

_Cook_

My commission expires

_April 9, 2014_

OFFICIAL SEAL
DEBORAH MCCASKILL-WALTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/09/14

DB1/ 73644091.1