UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLA KWAPICH, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:13-CV-00446 |
| vs. | ) ) | Honorable Jack Zouhary |
| MAXIM HEALTHCARE SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING ADMISSION OF
## THOMAS F. HURKA *PRO HAC VICE*

This matter is before the Court on the motion of Defendant Maxim Healthcare Services, Inc. for the admission *pro hac vice* of Thomas F. Hurka.

Upon consideration of the motion, supporting affidavit and Certificate of Good Standing, the motion is GRANTED and Thomas F. Hurka is hereby permitted to appear *pro hac vice* in the captioned proceeding as counsel for Defendant Maxim Healthcare Services, Inc.

_____    _____
Date                                                                Judge Jack Zouhary

DB1/ 73644180.1